**Motion Granted and Order filed May 17, 2013.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00348-CV
_____

**SUSAN MEEK, M.D., Appellant**

**V.**

**ROCKNE ONSTAD INDIVIDUALLY AND D/B/A THE ONSTAD LAW FIRM AND JOYCE STAMP LILLY INDIVIDUALLY AND D/B/A JOYCE STAMP LILLY, RN, JDPC, Appellees**

**&**

_____

NO. 14-12-00463-CV

_____

**ROCKNE ONSTAD INDIVIDUALLY AND D/B/A THE ONSTAD LAW FIRM AND JOYCE STAMP LILLY INDIVIDUALLY AND D/B/A JOYCE STAMP LILLY, RN, JDPC, Appellants**

**V.**

**SUSAN MEEK, M.D., Appellee**

**ORDER**

On April 11, 2012, Susan Meek, M.D., filed a notice of appeal from the judgment signed December 29, 2011, and the appeal was assigned to this court under our appellate number 14-12-00348-CV. On May 9, 2012, Rockne Onstad Individually and d/b/a The Onstad Law Firm and Joyce Stamp Lilly, Individually and d/b/a Joyce Stamp Lilly, RN, JDPC, filed a notice of cross-appeal from the same judgment, which was assigned to this court under our appellate number 14-12-00-463-CV. On April 22, 2013, Rockne Onstad Individually and d/b/a The Onstad Law Firm and Joyce Stamp Lilly, Individually and d/b/a Joyce Stamp Lilly, RN, JDPC, filed a motion to consolidate the related appeals. The motion is **GRANTED** and we issue the following order:

We order the appeals pending under our appellate case numbers 14-12-00348-CV and 14-12-00463-CV **CONSOLIDATED.**

Further, in appeal 14-12-00348-CV, appellant's brief is due May 24, 2013.

In appeal 14-12-00463-CV, appellee's brief is due June 3, 2013.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Busby.